IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ERIK SALAIZ**, on behalf of himself and all others similarly situated, <br><br> Plaintiff <br><br> *versus* <br><br> **ABSOLUTE HEALTH AGENTS LLC,** et al. | § § § § § § § § § § | **Civil Action No. 3:24-cv-392 CM** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE**

Plaintiff respectfully requests an extension of sixty (60) days to locate and serve Defendants ABSOLUTE HEALTH AGENTS LLC ('Absolute") and DAVE GREEN ("Green") pursuant to F.R.C.P. 4(m) for good cause. Plaintiff has been unable to locate and serve the registered agent listed on Defendant Absolute's articles of organization. *See* Exhibit A. Defendant Green was not located at the address believed to be his. *See* Exhibit B.

Plaintiff's complaint was filed on October 23, 2024. Plaintiff therefore respectfully asks the court for an additional sixty (60) days to locate and find a valid address to serve both Defendants.

Dated this 9th day of January 2025.

Respectfully Submitted,

The Darwich Law Firm, LLC
 /Omar F. Darwich/ _____
Omar F. Darwich
Tx Bar No. 24124686

10921 Pellicano Dr, #100
El Paso, TX 79935

(915) 671-2221
omar@darwichlegal.com

**ATTORNEY FOR PLAINTIFF**